The First National Bank of Paterson, complainant-respondent,

*v.*

Jersey Central Power and Light Company, a corporation, defendant-respondent; Freehold Trust Company, a corporation, William H. Kelly, as commissioner of banking and insurance, and The Freehold Trust Company, a corporation, defendants-appellants.

[Submitted October term, 1934. Decided January 10th, 1935.]

*Mr. William B. Gourley (Mr. Albert Comstock,* of counsel), for the complainant-respondent.

*Mr. John J. Quinn,* for the defendants-appellants.

Per Curiam.

The decree under review is reversed, for the reasons expressed for this court by Mr. Justice Heher in the case entitled, Between Ellen N. Dawson et al., respondents, and Freehold Trust Company et al., appellants *(117 N. J. Eq. 497),* both cases having been considered and determined by this court at the present term.

*For affirmance*—None.

*For reversal*—The Chief-Justice, Parker, Lloyd, Case, Bodine, Donges, Heher, Perskie, Van Buskirk, Kays, Hetfield, Dear, Wells, JJ. 13.